WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Robert B. Norum, Esq., SBN 240301
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660
(949) 477-5050; Fax: (949) 477-9200
rfinlay@wrightlegal.net; bnorum@wrightlegal.net

JS-6

Attorneys for Defendant,
SAXON MORTGAGE SERVICES, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA BUCIO, | ) Case No.:  SACV09 -665 JVS (RNBx) |
| Plaintiff, | ) **HON. JAMES V. SELNA** |
| vs. | ) **[PROPOSED] ORDER** |
| | ) **DISMISSING PLAINTIFF'S** |
| WMC MTG CORP; SAXON MORTGAGE SERVICES INC; and DOES 1 to 50, inclusive, | ) **COMPLAINT WITH PREJUDICE** |
| | ) <u>Hearing</u> |
| Defendants. | ) Date:        August 17, 2009 |
| | ) Time:        1:30 p.m. |
| | ) Ctrm.:       10C |

On August 17, 2009 at 1:30 p.m. or shortly thereafter, in Courtroom 10C of the above-entitled Court, came before the Court the regularly scheduled hearing on the Motion to Dismiss of Defendant SAXON MORTGAGE SERVICES, INC. ("Saxon").

-1-

_____
**[PROPOSED] ORDER**

1    Upon consideration of all the written submissions and Plaintiff's failure to
2 oppose the aforementioned Motion, the Court GRANTS the motion and dismisses
3 Angelina Bucio's complaint with prejudice.
4
5    **IT IS SO ORDERED.**
6
7 Date: October 22, 2009                    _____
8                                            The Honorable U.S. District Court Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
**[PROPOSED] ORDER**